IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JHAKOBY JENNINGS**                                                    **PLAINTIFF**

v.                              No. 4:15-cv-280-DPM

**JUDGE BATTON**                                                       **DEFENDANT**

## JUDGMENT

Jennings's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2015